**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LOEPER,

       Plaintiff,

v.                                Case No:  6:16-cv-950-Orl-40GJK

TURNER COUNTY BOARD OF
EDUCATION and JERE R. JORDAN,

       Defendants.

_____/

## ORDER

This cause is before the Court on Defendants' Amended Motion to Quash Purported Service of Process (Doc. 14) filed on June 10, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed December 15, 2016 (Doc. 43), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Amended Motion to Quash Purported Service of Process (Doc. 14) is **GRANTED IN PART AND DENIED IN PART**.  The motion is **GRANTED** as to Jordan, and **DENIED as withdrawn** as to Turner County.

3.      Pursuant to Rules 12(b)(2), (4), and (5), Federal Rules of Civil Procedure, this case is **DISMISSED WITHOUT PREJUDICE** as to Jordan to allow Plaintiff an opportunity to perfect service on Jordan.

**DONE AND ORDERED** in Orlando, Florida on January 4, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties